FOSTER & HAUER, PLC
5110 N. 44th St., Ste. 200L
Phoenix, AZ 85018
(602) 343-1492 (Office)
(480) 365-0949 (Facsimile)
amy@fosterhauer.com

Amy L. Foster, State Bar #022440
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lisa Martinez, a married woman,<br><br>Plaintiff,<br><br>vs.<br><br>Edward D. Jones & Co., dba Edward Jones, a limited partnership authorized to and doing business in Arizona,<br><br>Defendant. | Case No.: CV-14-00179-PHX-NVW<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

The Parties have entered into a written settlement agreement in which Plaintiff releases all claims and causes of action against Defendant. THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1), to dismiss the above-captioned matter with prejudice. This stipulation and dismissal completely terminates the above-entitled action against all parties. Each party will bear its/her own attorneys' fees and costs.

Dated:  May 15, 2014          Respectfully submitted,

                                                **FOSTER & HAUER, PLC**

                                                /s/ Amy Foster
                                                Amy Foster
                                                Attorney for Plaintiff

Dated:  May 15, 2014          **LITTLER MENDELSON P.C.**

                                                /s/ Shawn Oller
                                                Shawn Oller
                                                Attorney for Defendant